**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DIEGO C. MARTINEZ,**

    **Plaintiff,**

**vs.**                                                                 **Case No. 3:25cv216-AW/ZCB**

**ZAKARY LESLIE,**

    **Defendant.**
_____/

**ORDER SETTING SETTLEMENT CONFERENCE**

Magistrate Judge Zachary C. Bolitho has referred this case to me for a Settlement Conference. To facilitate the conference, it is **ORDERED** that:

1. The settlement conference will take place in the magistrate judge courtroom and attorney conference rooms at the Joseph Woodrow Hatchett United States Courthouse and Federal Building, 111 North Adams Street, Tallahassee, Florida, on **Wednesday, January 21, 2026**, commencing at 9:00 a.m. with Plaintiff's counsel (if appointed) meeting with Plaintiff followed by the full settlement conference starting at 10:00 a.m. All day has been reserved.

2. All parties and their counsel shall attend the conference. An insured party shall send a representative, in person, with full and complete authority to make settlement decisions. An uninsured corporate party shall send a representative, in person, with full and complete authority to bind the company. A governmental entity shall send a person with full and complete authority to bind the governmental entity.

3. Before arriving at the settlement conference, the parties shall negotiate and make a good-faith effort to settle the case without the involvement of the court. At a minimum, specific proposals and counter proposals shall be exchanged, even if such proposals have been previously been exchanged. Any settlement reached shall be immediately communicated to the court by filing a joint notice of settlement.

4. The conference will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to me in confidence during the conference will be kept confidential and will not be disclosed to any other party or to the district judge. I will, however, communicate to the other party those matters which a party wishes me to communicate.

5. At the conference I will briefly address the parties jointly and may directed counsel to give a brief presentation outlining the factual and legal

highlights of the case. Thereafter, separate, confidential caucuses will be held with each party and the party's representative. Prior to the conference, counsel should consider, and where appropriate discuss with his or her client, the following issues or events that may arise during the separate caucuses: (1) I may address a party personally; (2) I may ask counsel to assess the weaknesses or strengths of the claims and defenses; and (3) I may ask counsel to discuss whether attorney fees or other expenses are affecting settlement and, if so, whether this has been communicated to the opposing party.

     6. The parties will be permitted to bring laptops and cell phones to the Settlement Conference.

     7. The parties may submit confidential letters/memos, not to exceed five (5) pages, in an envelope and marked "confidential" to my attention by 5:00 p.m. on Wednesday, January 15, 2026. In the letters/memos, the parties are requested to briefly summarize the issues currently pending, including the status of discovery and whether the parties have Plaintiff's medical records.

     8. The conference will end when settlement is reached, or when I conclude that further negotiation is unlikely to result in settlement. If

possible, any settlement will be reduced to writing and signed by the parties before the conference ends.

9.  Upon arrival at the Courthouse, the United States Marshals shall take custody of the Plaintiff for the purpose of the settlement conference. Custody shall return to the Florida Department of Corrections following the conclusion of the settlement conference.

**DONE AND ORDERED** on December 22, 2025.

 **s/ Charles A. Stampelos**
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**